Rosalia Ramirez
                              Plaintiff,

v.                                                                         Case No.: 1:07−cv−03840
                                                                           Honorable Maria Valdez

Palisades Collection, LLC.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 27, 2008:

      MINUTE entry before the Honorable Maria Valdez: Pretrial conference held on 10/27/2008. Defendant's Motions in limine # 1 [154] is granted in part and denied in part; in limine #2 [155] is granted; in limine #3 [156] is granted; in limine #4 [157] is granted in part and denied in part; in limine #5 [158] is granted; in limine #6 [159] is granted; in limine #7 [160] is granted; and in limine #8 [161] is denied. Plaintiff's Motions in limine #1 [162] is granted in part and denied in part; in limine #2 [162] is granted; in limine #3 [162] is denied; and in limine #4 [162] is denied. Defendant's Motion to bifurcate [173] is withdrawn. Final pretrial conference continued to 10/30/2008 at 04:00 p.m. for the completion of jury instructions. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.